| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Miguel Angel Navarro, §
 Petitioner, §
 §
v. § Civil Action H-15-352
 § and H-15-353
William Stephens, §
 Respondent. §

## Order of Adoption

On January 3, 2019, Magistrate Judge Peter Bray entered a memorandum and recommendation (D.E. 41), recommending that Miguel Angel Navarro's petition for writ of habeas corpus be denied with prejudice. Navarro filed objections (D.E. 44), which are denied. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed February 6, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge